| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven A. Wolvek, Esq., SBN 146965<br>Law Offices of Steven A. Wolvek<br>23480 Park Sorrento, Suite 109A<br>Calabasas, CA 91302<br>818-227-3379 / FAX 818-227-3383<br>wolveklaw@sbcglobal.net<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - WOODLAND HILLS DIVISION**

| | |
|---|---|
| In re: LEO STROM<br>WYNNE WAUGAMAN<br><br>Debtor(s). | CASE NO.: 1:11-bk-11922-MT<br>CHAPTER: 13 |
| | **DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** |
| | DATE: 7/12/11<br>TIME: 9AM<br>COURTROOM: 302<br>PLACE: 21041 Burbank Boulevard<br>Woodland Hills, CA 91364 |

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** GMAC MORTGAGE

**A. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

*Street Address:* 17842 Margate Street
*Unit Number:*
*City, State, Zip Code:* Encino, CA 91316

Legal description or document recording number (including county of recording):

☑ See attached page.

**B. Case History:**

1. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on: 2/15/11

2. ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

1. As of 6/6/11, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

   i. Bank of America in the amount of $ 478,175.00.

   ii. GMAC Mortgage in the amount of $ 100,148.00 ☑ is ☐ is not to be avoided;

   iii. ______ in the amount of $ ______ ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

2. As of 6-6-11, Property is worth no more than $ 425,000.00.

   a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3. **Evidence in Support of Motion:**

   a. ☑ The amount of the lien identified in paragraph C(1)(i) is based on proof of claim, attached hereto and identified as Exhibit A.

   b. ☑ The amount of the lien identified in paragraph C(1)(ii) is based on proof of claim from prior ca▪, attached hereto and identified as Exhibit B.

   c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on ______, attached hereto and identified as Exhibit ___.

   d. ☑ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit C.

   e. ☑ The value of the Property from paragraph C(2) is based on appraisal, attached as

   f. ☑ Exhibit D.

   g. ☑ Debtor submits the attached Declaration(s).

   h. ☐ Other evidence *(specify)*: ______

<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Steven A. Wolvek, Esq., SBN 146965<br>Law Offices of Steven A. Wolvek<br>23480 Park Sorrento, Suite 109A<br>Calabasas, CA 91302<br>818-227-3379 / FAX 818-227-3383<br>wolveklaw@sbcglobal.net<br><br>☑ Attorney for Debtor(s)<br>☐ Debtor(s) appearing without an attorney</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - WOODLAND HILLS DIVISION</td></tr>
<tr><td rowspan="3">In re: LEO STROM<br>WYNNE WAUGAMAN<br><br>Debtor(s).</td><td>CASE NO.: 1:11-bk-11922-MT<br>CHAPTER: 13</td></tr>
<tr><td>DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]</td></tr>
<tr><td>DATE: 7/12/11<br>TIME: 9AM<br>COURTROOM: 302<br>PLACE: 21041 Burbank Boulevard<br>Woodland Hills, CA 91364</td></tr>
</table>

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** GMAC MORTGAGE

**A. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

*Street Address:* 17842 Margate Street
*Unit Number:*
*City, State, Zip Code:* Encino, CA 91316

Legal description or document recording number (including county of recording):

☑ See attached page.

**B. Case History**:

1. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on: 2/15/11

2. ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

1. As of 6/6/11, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

   i. Bank of America in the amount of $ 478,175.00.

   ii. GMAC Mortgage in the amount of $ 100,148.00 ☑ is ☐ is not to be avoided;

   iii. ______ in the amount of $ ______ ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

2. As of 6-6-11, Property is worth no more than $ 425,000.00.

   a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3. **Evidence in Support of Motion:**

   a. ☑ The amount of the lien identified in paragraph C(1)(i) is based on proof of claim, attached hereto and identified as Exhibit A.

   b. ☑ The amount of the lien identified in paragraph C(1)(ii) is based on proof of claim from prior ca[illegible], attached hereto and identified as Exhibit B.

   c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on ______, attached hereto and identified as Exhibit ___.

   d. ☑ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit C.

   e. ☑ The value of the Property from paragraph C(2) is based on appraisal, attached as

   f. ☑ Exhibit D.

   g. ☑ Debtor submits the attached Declaration(s).

   h. ☐Other evidence *(specify)*: ______

**4. WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:**

a. That the Property is valued at no more than $ 425000.

b. That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

c. That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

d. That the avoidance of the Respondent's junior lien is contingent upon: The Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

e. That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

f. That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

**5.** ☐ See attached continuation page for additional provisions.

Dated: 6/18/11

Respectfully submitted,

By: ______________________________
*Signature of Debtor or Attorney for Debtor*

Name: Steven A. Wolvek
*Type Name of Debtor or Attorney for Debtor*

**Exhibit "A"**

B 10 (Official Form 10) (04/10)

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA SAN FERNANDO VALLEY DIVISION** | **PROOF OF CLAIM** |
| Name of Debtor: Leo David Strom and Wynne R Waugaman | **Case Number:SV11-11922-MT** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWMBS 2005-16 TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-16

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
BAC Home Loans Servicing LP
Bankruptcy Department
400 National Way, Mail Stop CA6-919-01-23
Simi Valley, California 93065

**Court Claim Number:**____________
(*If known*)

Filed on:

Name and address where payment should be sent (if different from above):
BAC Home Loans Servicing LP
Bankruptcy Department
7105 Corporate Drive, Mail Stop TX2-982-03-03
Plano, Texas 75024

Telephone Number: (716) 635-2782

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $478,175.87

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim: Money Loaned**
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor: xxxx9844**

3a. **Debtor may have scheduled account as:** ____________________
(See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other: ______
**Describe:** 17842 Margate Street., Encin0, California 91316

**Value of Property: $**_________ **Annual Interest Rate:**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $63,125.55** **Basis for perfection: Recordation of Lien**

**Amount of Secured Claim:** $478,175.87 **Amount Unsecured:** $0.00

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction7 and definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
If the documents are not available, please explain:

| | | |
|---|---|---|
| Date: *May 3, 2011* | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
| | /s/ Larry Buckley as Creditor's Authorized Agent<br>972.643.6600<br>P. O. Box 829009<br>Dallas, Texas 75382-9009 | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Exhibit "B"

**UNITED STATES BANKRUPTCY COURT** Central District of California

**PROOF OF CLAIM**

Name of Debtor: Wynne R Waugaman and Leo David Strom

Case Number: 1:10-bk-10847-MT

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property): GMAC Mortgage, LLC

Name and address where notices should be sent:
GMAC Mortgage, LLC
ATTN: Bankruptcy Department
1100 Virginia Drive
Ft. Washington, PA 19034
Telephone number: 1-800-850-4622

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**________
(*If known*)

Filed on:________

Name and address where payment should be sent (if different from above):
GMAC Mortgage, LLC
ATTN: Payment Processing
3451 Hammond Avenue
Waterloo, IA 50702
Telephone number: 1-800-850-4622

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 100,148.29

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** MONEY LOANED
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** xxxxxx1560

**3a. Debtor may have scheduled account as:** ________
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☑ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:** 17842 Margate Street, Encino, California 91316

**Value of Property:**$________ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any:** $ 3,852.57 **Basis for perfection:** ________

**Amount of Secured Claim:** $ 100,148.29 **Amount Unsecured:** $________

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$________

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 03/18/2010

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

/s/ John B. Acierno III
Attorney for GMAC Mortgage, LLC, 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933 (858)750-7600

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**Exhibit "C"**

File No. 0606MSMARGA

# APPRAISAL OF



## LOCATED AT:

17842 MARGATE STREET
ENCINO, CA 91316-2223

## CLIENT:

LEO STROM
17842 MARGATE STREET
ENCINO, CA 91316-2223

## AS OF:

June 6, 2011

## BY:

MICHAEL T. SMERDEL
LIC# AR039047

LEO STROM
17842 MARGATE STREET
ENCINO, CA 91316-2223

File Number: 0606MSMARGA

In accordance with your request, I have appraised the real property at:

17842 MARGATE STREET
ENCINO, CA 91316-2223

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of June 6, 2011 is:

$425,500
Four Hundred Twenty-Five Thousand Five Hundred Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Michael Smerdel

MICHAEL T. SMERDEL
LIC# AR039047
EXP 12/09/2012

FED I.D.: XX-XXX-7020

Summary
# Individual Condominium Unit Appraisal Report

File No. 0606MSMARGA

**PURPOSE**

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

Client Name LEO STROM — E-mail lstrom1@gmail.com
Client Address 17842 MARGATE STREET — City ENCINO — State CA — Zip 91316
Additional Intended User(s) THE CLIENT HAS NOT AUTHORIZED OR SPECIFIED ANY ADDITIONAL USERS OF THIS APPRAISAL REPORT.
Intended Use SEE ATTACHED ADDENDUM.

**SUBJECT**

Property Address 17842 MARGATE STREET — City ENCINO — State CA — Zip 91316-2223
Owner of Public Record WAUGAMAN, WYNNE R. — County LOS ANGELES
Legal Description TR = 33299 CONDOMINIUM UNIT 1
Assessor's Parcel # 2162-018-001 — Tax Year 2010 — R.E. Taxes $ 6,658.04
Neighborhood Name N/A — Map Reference 561/B2 — Census Tract 1395.01
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)

**SALES HISTORY**

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer: Date 05/13/1988 — Price 345,000 — Source(s) NDC DATA DOC# 775105
Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable) A (36) MONTH CONVEYANCE HISTORY CHECK WAS CONDUCTED FOR THE SUBJECT PROPERTY. RESEARCH REVEALED THE SUBJECT PROPERTY HAS NOT BEEN SOLD IN THE (36) MONTHS PRIOR TO THE EFFECTIVE DATE OF THIS APPRAISAL REPORT. THE AVAILABLE PRIOR SALES DATA FOR THE SUBJECT PROPERTY AND ALL COMPARABLES INCLUDED IN THE GRID OF THIS REPORT APPEAR TO BE IN LINE WITH THE MARKET HISTORY

Offerings, options and contracts as of the effective date of the appraisal PER SOCAL MLS ALLIANCE, THE SUBJECT PROPERTY IS NOT CURRENTLY OFFERED FOR SALE, AND HAS NOT BEEN LISTED FOR SALE IN THE (12) MONTHS PRIOR TO THE EFFECTIVE DATE OF THIS APPRAISAL REPORT.

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | | Condominium Unit Housing Trends | | | | Condominium Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban | [X] Suburban | [ ] Rural | Property Values | [ ] Increasing | [ ] Stable | [X] Declining | PRICE $(000) | AGE (yrs) | One-Unit | 65 % |
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 130K Low | 30 | 2-4 Unit | 5 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 485K High | 47 | Multi-Family | 20 % |
| | | | | | | | | 165K Pred. | 40 | Commercial | 10 % |
| | | | | | | | | | | Other | % |

Neighborhood Boundaries SEE ATTACHED ADDENDUM.
Neighborhood Description SEE ATTACHED ADDENDUM.
Market Conditions (including support for the above conclusions) SEE ATTACHED ADDENDUM.

**PROJECT SITE**

Topography BASICALLY LEVEL — Size SEE PLAT MAP — Density MEDIUM — View STREET
Specific Zoning Classification R3-1 — Zoning Description MULTIPLE DWELLING ZONE
Zoning Compliance [X] Legal [ ] Legal Nonconforming [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | Water | [X] | [ ] | Street ASPHALT | [X] | [ ] |
| Gas | [X] | [ ] | Sanitary Sewer | [X] | [ ] | Alley N/A | [ ] | [ ] |

Site Comments THERE WERE NO ADVERSE CONDITIONS, EASEMENTS OR ENCROACHMENTS NOTED AT THE INSPECTION.

**PROJECT INFORMATION**

Data source(s) for project information
Project Description [ ] Detached [ ] Row or Townhouse [ ] Garden [ ] Mid-Rise [ ] High-Rise [ ] Other(describe)

| General Description | General Description | General Description | General Description | Project Info | |
|---|---|---|---|---|---|
| # of Stories THREE | Effective Age 25+/- YEARS | Exterior Walls STUCCO/AVG | Ratio (spaces/units) 2:1 | # of Units | 18 |
| # of Elevators NONE | [X] Existing [ ] Proposed | Roof Surface COMP/AVG | Type GARAGE | # of Units Completed | 18 |
| Year Built 1979 | [ ] Under Construction | Total # Parking 36 | Guest Parking STREET | # of Units Rented | N/A |

Describe the condition of the project and quality of construction. THE MARGATE ENCINO TOWNHOMES PROJECT APPEARS TO BE IN AVERAGE CONDITION FOR THE AREA, WITH CONSTRUCTION OF AVERAGE QUALITY.

Describe the common elements and recreational facilities. THERE IS A COMMUNITY POOL LOCATED WITHIN THE PROJECT.

**UNIT DESCRIPTION**

| GENERAL DESCRIPTION | INTERIOR materials | AMENITIES | APPLIANCES | CAR STORAGE |
|---|---|---|---|---|
| Floor # GROUND | Floors TIL, CPT, VIN/POOR | [X] Fireplace(s) # 1 | [X] Refrigerator | [ ] None |
| # of Levels THREE | Walls PNTD DW, FAIR/POOR | [ ] Woodstove(s) # | [X] Range/Oven | [X] Garage [ ] Covered [ ] Open |
| Heating Type FWA Fuel GAS | Trim/Finish PNTD/FAIR | [ ] Deck/Patio | [X] Disp [ ] Microwave | # of Cars 2 |
| [X] Central AC [ ] Individual AC | Bath Wainscot TILE/AVG | [X] Porch/Balcony BALCONY | [X] Dishwasher | [ ] Assigned [X] Owned |
| [ ] Other (describe) | Doors PNTD/MISSING | [ ] Other | [X] Washer/Dryer | Parking Space # N/A |

Finished area above grade contains: 8 Rooms 4 Bedrooms 3.50 Bath(s) 3,288 Square Feet of Gross Living Area Above Grade
Comments on the improvements: SEE ATTACHED ADDENDUM.


This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(GPAR™) General Purpose Appraisal Report 05/2006
GPAR1073_05 05112006

# Summary Individual Condominium Unit Appraisal Report

File No. 0606MSMARGA

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 17842 MARGATE STREET ENCINO 1 | 5255 ZELZAH AVENUE ENCINO 206 | | 5345 WHITE OAK AVENUE ENCINO A | | 17150 BURBANK BOULEVARD ENCINO 38 | |
| Project Name and Phase | ENCINO MARGATE TC N/A | ENCINO PLAZA SOUTH N/A | | ENCINO SPA EAST N/A | | HORTON LANE N/A | |
| Proximity to Subject | | 0.12 miles S | | 0.19 miles ESE | | 0.36 miles WSW | |
| Sale Price | $ | | $ 425,000 | | $ 485,000 | | $ 357,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 178.20 sq. ft. | | $ 197.88 sq. ft. | | $ 147.10 sq. ft. | |
| Data Source(s) | DOC# 775105 | DOC# 1933031 | | DOC# 1409769 | | DOC# | |
| Verification Source(s) | INSPECTION | MLS# F1855381 (155) DOM | | MLS# F1861755 (71) DOM | | MLS# F1845744 (82) DOM | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A | STANDARD SALE | | STANDARD SALE | | REO SALE | |
| Date of Sale/Time | N/A | 12/20/2010 | | 01/07/2011 | | 10/04/2010 | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | $450.00 | $546.00 | | $450.00 | | $450.00 | |
| Common Elements and Rec. Facilities | POOL | POOL | | POOL | | POOL | |
| Floor Location | GROUND | GROUND | | GROUND | | GROUND | |
| View | STREET | STREET | | STREET | | STREET | |
| Design (Style) | TOWNHOME | TOWNHOME | | TOWNHOME | | TOWNHOME | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 32+/- YEARS | 36+/- YEARS | +1,500 | 38+/- YEARS | +2,000 | 32+/- YEARS | |
| Condition | FAIR/POOR | AVERAGE | -25,000 | AVERAGE | -25,000 | AVERAGE | -25,000 |
| Above Grade Room Count (Total / Bdrms. / Baths) | 8 / 4 / 3.50 | 7 / 3 / 2.00 | +6,000 | 7 / 3 / 2.50 | +4,000 | 7 / 3 / 2.50 | +4,000 |
| Gross Living Area | 3,288 sq. ft. | 2,385 sq. ft. | +18,000 | 2,451 sq. ft. | +16,500 | 2,427 sq. ft. | +17,000 |
| Basement & Finished Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA GAS,C/AIR | SIMILAR | | SIMILAR | | SIMILAR | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 2 CAR GARAGE | 2 CAR GARAGE | | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | BALCONY | PATIO | | BALC/PATIO | | BALC /PATIO | |
| FIREPLACE | 1 F/P | 1 F/P | | 1 F/P | | 1 F/P | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | [X] + [ ] - | $ 500 | [ ] + [X] - | $ 2,500 | [ ] + [X] - | $ 4,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.1% Gross Adj. 11.9% | $ 425,500 | Net Adj. -0.5% Gross Adj. 9.8% | $ 482,500 | Net Adj. -1.1% Gross Adj. 12.9% | $ 353,000 |

SALES COMPARISON APPROACH

Summary of Sales Comparison Approach SEE ATTACHED ADDENDUM.

Indicated Value by Sales Comparison Approach $ 425,500

INCOME

INCOME APPROACH TO VALUE

Estimated Monthly Market Rent $ N/A X Gross Rent Multiplier N/A = $ N/A Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) THE INCOME APPROACH WAS NOT DEVELOPED FOR THIS ASSIGNMENT

RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 425,500 Income Approach (if developed) $ N/A

IN THE FINAL RECONCILIATION, THE SALES COMPARISON APPROACH WAS DETERMINED TO BE THE BEST INDICATOR OF MARKET VALUE, AND THEREFORE WAS GIVEN THE MOST WEIGHT. THE COST AND INCOME APPROACHES WERE NOT APPLICABLE, AND THEREFORE, NOT DEVELOPED.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed [ ] subject to the following:

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $ 425,500 as of JUNE 6, 2011, which is the effective date of this appraisal.



This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc., All Rights Reserved.

Summary
# Individual Condominium Unit Appraisal Report

File No. 0606MSMARGA

SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address and Unit # | 17842 MARGATE STREET ENCINO 1 | 17150 BURBANK BOULEVARD ENCINO 33 | | 17840 MARGATE STREET ENCINO 3 | | 17836 MARGATE STREET ENCINO 4 | |
| Project Name and Phase | ENCINO MARGATE TC N/A | HORTON LANE N.A | | ENCINO MARGATE TOWNHO N/A | | ENCINO MARGATE TOWNHO N/A | |
| Proximity to Subject | | 0.90 miles ENE | | 0.04 miles E | | 0.04 miles E | |
| Sale Price | $ | | $ 352,000 | | $ 384,900 | | $ 399,950 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 145.04 sq. ft. | | $ 145.46 sq. ft. | | $ 151.15 sq. ft. | |
| Data Source(s) | DOC# 775105 | DOC# 1389854 | | MLS# F11016904 | | MLS# F11055510 | |
| Verification Source(s) | INSPECTION | MLS# F1854063 (93) DOM | | ACTIVE LISTING (116) DOM | | ACTIVE LISTING (36) DOM | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | N/A | REO SALE | | REO LISTING | | STANDARD LISTING | |
| Date of Sale/Time | N/A | 10/01/2010 | | ACTIVE | | ACTIVE | |
| Location | SUBURBAN | SUBURBAN | | SUBURBAN | | SUBURBAN | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| HOA Mo. Assessment | $450.00 | $450.00 | | $450.00 | | $450.00 | |
| Common Elements and Rec. Facilities | POOL | POOL | | POOL | | POOL | |
| Floor Location | GROUND | GROUND | | GROUND | | GROUND | |
| View | STREET | STREET | | STREET | | STREET | |
| Design (Style) | TOWNHOME | TOWNHOME | | TOWNHOME | | TOWNHOME | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Actual Age | 32+/- YEARS | 32+/- YEARS | | 32+/- YEARS | | 32+/- YEARS | |
| Condition | FAIR/POOR | AVERAGE | -25,000 | AVERAGE | -25,000 | AVERAGE/GD | -25,000 |
| Above Grade Room Count (Total / Bdrms. / Baths) | 8 / 4 / 3.50 | 7 / 3 / 2.50 | +4,000 | 8 / 4 / 4.00 | -2,000 | 7 / 3 / 3.50 | |
| Gross Living Area | 3,288 sq. ft. | 2,427 sq. ft. | +17,000 | 2,646 sq. ft. | +13,000 | 2,646 sq. ft. | +13,000 |
| Basement & Finished Rooms Below Grade | NONE | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | FWA GAS,C/AIR | SIMILAR | | SIMILAR | | SIMILAR | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | 2 CAR GARAGE | 2 CAR GARAGE | | 2 CAR GARAGE | | 2 CAR GARAGE | |
| Porch/Patio/Deck | BALCONY | BALC/PATIO | | BALCONY | | BALCONY | |
| FIREPLACE | 1 F/P | 1 F/P | | 1 F/P | | 1 F/P | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ 4,000 | ☐ + ☒ - | $ 14,000 | ☐ + ☒ - | $ 12,000 |
| Adjusted Sale Price of Comparables | | Net Adj. -1.1% Gross Adj. 13.1% | $ 348,000 | Net Adj. -3.6% Gross Adj. 10.4% | $ 371,000 | Net Adj. -3.0% Gross Adj. 9.5% | $ 389,000 |

Summary of Sales Comparison Approach SEE ATTACHED ADDENDUM.



This form Copyright © 2005-2006 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(GPAR™) General Purpose Appraisal Report 05/2006
GPAR1073_05 05112006

ADDENDUM

| Client: LEO STROM | | File No.: 0606MSMARGA |
|---|---|---|
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |

**Intended Use**
THE INTENDED USE OF THIS APPRAISAL REPORT IS TO ESTABLISH AN OPINION OF MARKET VALUE, AS OF JUNE 6, 2011. THIS APPRAISAL REPORT IS AN OPINION OF MARKET VALUE ONLY, AND IS NOT FOR USE IN ANY TYPE OF FEDERALLY RELATED TRANSACTION, AND MAY NOT BE USED FOR THE PURPOSE OF ANY TYPE OF MORTGAGE LENDER-RELATED REAL ESTATE TRANSACTION

**Neighborhood Boundaries**
THE SUBJECT NEIGHBORHOOD IS BOUND, GENERALLY, BY VICTORY BOULEVARD TO THE NORTH, VENTURA BOULEVARD TO THE SOUTH, RESEDA BOULEVARD TO THE WEST, AND BALBOA BOULEVARD TO THE EAST.

**Neighborhood Description**
THE SUBJECT PROPERTY IS LOCATED IN THE ENCINO DISTRICT OF THE SAN FERNANDO VALLEY REGION OF THE CITY OF LOS ANGELES. THE TOPOGRAPHY CONSISTS, PRIMARILY, OF TREE-LINED RESIDENTIAL STREETS. THERE ARE VARIOUS SCHOOLS (INCLUDING "CRESPI CARMELITE HIGH SCHOOL"), PARKS (INCLUDING "ENCINO PARK"), SHOPPING CENTERS (INCLUDING ENCINO OAKS SHOPPING CENTER") AND SERVICES (INCLUDING "ENCINO-TARZANA REGIONAL MEDICAL CENTER") LOCATED IN CLOSE PROXIMITY TO THE SUBJECT PROPERTY. ADDITIONAL SERVICES AND EMPLOYMENT CAN BE EASILY ACCESSED VIA MAJOR STREETS AND HIGHWAYS (INCLUDING THE 101 FREEWAY).

**Neighborhood Market Conditions**
THERE ARE CURRENTLY (5) ACTIVE LISTINGS OF COMPARABLE PROPERTIES, RANGING IN LISTING PRICE $384,900-$649,000. THERE IS (1) PENDING SALES OF A COMPARABLE PROPERTY, WITH A SALES PRICE OF $460,000. A SAMPLE OF RECORDED, CLOSED SALES OF SINGLE UNIT CONDOMINIUMS LOCATED IN THE MARKET AREA (ENCINO), SOLD 12/2009-06/2010 WAS COMPARED TO A SAMPLE OF RECORDED, CLOSED SALES OF SINGLE UNIT CONDOMINIUMS LOCATED IN THE MARKET AREA (ENCINO), SOLD 12/2010-06/2011. ANALYSIS OF THIS DATA REVEALED A DECREASE OF APPROXIMATELY 10.59% IN THE MEDIAN SALES PRICE OF A SINGLE UNIT CONDOMINIUM IN THE MARKET AREA, YEAR-OVER-YEAR. PER THE MOST RECENT, AVAILABLE DATAQUICK SUMMARY STATISTICS (SOUTHERN CALIFORNIA HOME RESALE REPORT BY CITY /COUNTY - APRIL 2011), THE SALES PRICE FOR A SINGLE FAMILY RESIDENCE LOCATED IN THIS NEIGHBORHOOD (ENCINO, ZIP CODE 91316 ) HAS DECREASED APPROXIMATELY 11.9% YEAR YEAR OVER YEAR. PER TRULIA REPORTED STATISTICS (FEBRUARY- APRIL 2011) THE MEDIAN SALES PRICE FOR A SINGLE FAMILY RESIDENCE IN THIS MARKET AREA (ENCINO) HAS DECREASED 3.4%, YEAR-OVER-YEAR. THE TYPICAL MARKETING TIME FOR A PROPERTY IN THIS AREA HAS INCREASED FROM (81) DOM TO (92) DOM. ANALYSIS OF THIS DATA REVEALED AN EXPECTED CONTINUED DECREASE IN SALES PRICES FOR SINGLE FAMILY RESIDENCES IN THIS MARKET AREA OVER THE NEXT SEVERAL MONTHS.

**Quality and Condition of Property**
THE SUBJECT PROPERTY APPEARS TO BE IN FAIR / POOR CONDITION FOR THE AREA, NO EXTERNAL OF PHYSICAL OBSOLESCENCE WAS NOTED. PHYSICAL INSPECTION REVEALED NUMEROUS AREAS OF WATER DAMAGE TO CEILINGS THROUGHOUT THE SUBJECT PROPERTY. WATER DAMAGE AND CRACKED DRYWALL WAS NOTED AROUND SEVERAL WINDOWS. WALL-TO-WALL CARPET HAS BEEN LAID (NOT INSTALLED), WITHOUT PADDING OVER EXISTING TILE THROUGHOUT THE SUBJECT PROPERTY. EXISTING CARPET IS SEVERELY STAINED WITH ANIMAL URINE. INSPECTION OF TILE BENEATH CARPET, AND EXPOSED TILE FLOORING IN KITCHEN REVEALED SEVERAL AREA OF CRACKED AND UNEVEN FLOORING. THE CLOSET DOORS THROUGHOUT THE SUBJECT PROPERTY HAVE BEEN REMOVED. THERE ARE SEVERAL MISSING LIGHTING FIXTURES THROUGHOUT THE SUBJECT PROPERTY, LEAVING ELECTRICAL WIRES EXPOSED. PRIOR WATER DAMAGE WAS NOTED UNDER THE SINK IN THE MASTER BATH. INSPECTION OF SIDE BALCONY REVEALED WEAKENED STRUCTURAL COMPONENTS AND / OR WATER DAMAGE. WHITE PAINT PRIMER HAS BEEN SPRAYED ON ALL WALLS, OVER EXISTING WALL PAPER. NO RECENT REMODELING OR RENOVATIONS/ UPGRADES WERE NOTED.

**Comments on Sales Comparison**
ALL COMPARABLES WERE CONSIDERED IN THE FINAL RECONCILIATION. THE SUBJECT PROPERTY IS COMPATIBLE WITH THE NEIGHBORHOOD. THE MOST RECENT, AVAILABLE RECORDED CLOSED SALES OF COMPARABLE PROPERTIES WERE INCLUDED IN THE GRID FOR ANALYSIS. SHORT SALE AND REO PROPERTIES WERE INCLUDED IN THE GRID FOR ANALYSIS, DUE TO THE PREVALENCE OF FORECLOSURE ACTIVITY AND DISTRESSED PROPERTY SALES IN THE MARKET AREA OVER THE PAST (12) MONTHS. BECAUSE THE SUBJECT PROPERTY HAS GROSS LIVING AREA MUCH LARGER THAN THE MAJORITY OF THE COMPARABLE CONDOMINIUMS IN THE MARKET AREA, STANDARD PARAMETERS FOR DATE OF SALE AND GROSS LIVING AREA WERE EXPANDED IN ORDER TO OBTAIN SUFFICIENT DATA FOR ANALYSIS.

THE SUBJECT PROPERTY IS A SINGLE UNIT OF APPROXIMATELY 3,288 SQ FT GROSS LIVING AREA. GROSS LIVING AREA WAS ADJUSTED AT 20.00 DOLLARS PER SQUARE FOOT, WITH CONSIDERATION GIVEN TO THE "SUPER-ADEQUACY" OF A SINGLE UNIT OF THIS SIZE, LOCATED IN THIS MARKET AREA. AGE WAS ADJUSTED AT 350.00 DOLLARS PER ACTUAL AGE YEAR. BATHROOMS WERE ADJUSTED AT 4,000.00 DOLLARS PER FULL BATH AND 2,000.00 DOLLARS PER HALF BATH. ADJUSTMENTS FOR CONDITION WERE MADE, AS BASED ON MATCHED PAIR AND COST TO CURE ANALYSIS.

COMPARABLES 1, 2, 3 AND 4 ARE CLOSED SALES OF COMPARABLE PROPERTIES IN SEPARATE BUT SIMILAR CONDOMINIUM PROJECTS WITHIN THE MARKET AREA.. THERE HAVE BEEN BEEN NO SALES OF UNITS WITHIN THE SUBJECT PROJECT IN THE PAST (12) MONTHS. THE MOST RECENT TRANSACTION WITHIN THE SUBJECT PROPERTY WAS ON 10/05/2010. THIS WAS A FORECLOSURE TRANSACTION, IN WHICH THE UNIT LOCATED AT 5348 ZELZAH WAS SOLD VIA TRUSTEE SALE FOR $429,750, TO MORTGAGE ASSET SERIES 2005-FF7 (DOC# 1414972). COMPARABLES 5 AND 6 ARE ACTIVE LISTINGS THAT WERE INCLUDED IN THE GRID IN ORDER TO GIVE ADDITIONAL INSIGHT INTO CURRENT MARKET CONDITIONS. COMPARABLES 5 AND 6 ARE BOTH LOCATED WITHIN THE SUBJECT PROJECT.

IN THE FINAL RECONCILIATION, COMPARABLES 1 AND 2 WERE GIVEN THE MOST WEIGHT DUE TO OVERALL

ADDENDUM

| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |

SIMILARITY TO THE SUBJECT PROPERTY AND REFLECTION OF CURRENT MARKET CONDITIONS. THE OPINION OF VALUE FOR THE SUBJECT PROPERTY, EFFECTIVE JUNE 7, IS $425,500. THE OPINION OF VALUE IS SUPPORTED BY THE ACTIVE LISTINGS IN THE MARKET AREA.

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: *the extent to which the property is identified and inspected, the type and extent of data researched,* the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show *approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.*

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the content of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions

12. USE OF COST APPROACH FOR INSURANCE PURPOSES:
REPLACEMENT COST FIGURES USED IN DEVELOPING THE COST APPROACH ARE FOR VALUATION PURPOSES ONLY. NO ONE, CLIENT OR THIRD PARTY, SHOULD RELY ON THESE FIGURES FOR INSURANCE PURPOSES. THE DEFINITION OF "MARKET VALUE" LISTED BELOW IS NOT CONSISTENT WITH DEFINITIONS OF "INSURABLE VALUE." ACTUAL RECONSTRUCTION COSTS CAN EASILY EXCEED THE REPLACEMENT COST FIGURES USED IN THIS APPRAISAL.

13. THIS APPRAISAL REPORT IS AN OPINION OF MARKET VALUE ONLY, AND IS NOT FOR USE IN ANY TYPE OF FEDERALLY RELATED TRANSACTION, AND MAY NOT BE USED FOR THE PURPOSE OF ANY TYPE OF REAL ESTATE TRANSACTION.


This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. All Rights Reserved.

File No. 0606MSMARGA

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.
3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.
4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.
6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.
9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:
10. JAMIE SMERDEL (LIC# AT043749, EXP 02/21/13) ASSISTED WITH THE RESEARCH, PHOTOGRAPHY, MEASUREMENTS AND REPORTING FOR THIS APPRAISAL ASSIGNMENT, UNDER THE DIRECT SUPERVISION OF CERTIFIED RESIDENTIAL APPRAISER, MICHAEL T. SMERDEL (LIC# AR039047, EXP 12/09/12)

Additional Certifications:
N/A

Definition of Value: [X] Market Value [ ] Other Value:
Source of Definition: FREDDIE MAC FORM 70 MARCH 2005

DEFINITION OF MARKET VALUE: THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN AN OPEN AND COMPETITIVE MARKET UNDER ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER, EACH ACTING PRUDENTLY, KNOWLEDGEABLY AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS. IMPLICIT IN THIS DEFINITION IS THE CONSUMMATION OF THE SALES AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM SELLER TO BUYER UNDER CONDITIONS WHEREBY: 1) BUYER AND SELLER ARE TYPICALLY MOTIVATED; 2) BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND EACH ACTING IN WHAT HE OR SHE CONSIDERS HIS OR HER OWN BEST INTEREST; 3) A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET; 4) PAYMENT IS MADE IN TERMS OF CASH OR U.S. DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS COMPARABLE THERETO, AND 5) THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL OR CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ONE ASSOCIATED WITH THE SALE.

ADDRESS OF THE PROPERTY APPRAISED:
17842 MARGATE STREET
ENCINO, CA 91316-2223
EFFECTIVE DATE OF THE APPRAISAL: June 6, 2011
APPRAISED VALUE OF THE SUBJECT PROPERTY $ 425,500

**APPRAISER**

Signature: [signature]
Name: MICHAEL T. SMERDEL
State Certification #
or License # AR039047
or Other (describe): State #:
State: CA
Expiration Date of Certification or License: 12/09/2012
Date of Signature and Report: 06/07/2011
Date of Property Viewing: JUNE 6, 2011
Degree of property viewing:
[X] Interior and Exterior [ ] Exterior Only [ ] Did not personally view

**SUPERVISORY APPRAISER**

Signature:
Name:
State Certification #
or License #
State:
Expiration Date of Certification or License:
Date of Signature:
Date of Property Viewing:
Degree of property viewing:
[ ] Interior and Exterior [ ] Exterior Only [ ] Did not personally view

par™
Produced using ACI software, 800.234.8727 www.aciweb.com
This form Copyright © 2005-2008 ACI Division of ISO Claims Services, Inc. All Rights Reserved.
(GPAR™) General Purpose Appraisal Report 12/2005
GPARLIM_05 01082007

# DIMENSION LIST ADDENDUM

Client: LEO STROM
File No.: 0606MSMARGA
Property Address: 17842 MARGATE STREET
Case No.:
City: ENCINO
State: CA
Zip: 91316-2223

| GROSS BUILDING AREA (GBA) | 3,288 | | |
|---|---|---|---|
| GROSS LIVING AREA (GLA) | 3,288 | | |
| **Area(s)** | **Area** | **% of GLA** | **% of GBA** |
| Living | 3,288 | | 100.00 |
| Level 1 | 700 | 21.29 | 21.29 |
| Level 2 | 1,288 | 39.17 | 39.17 |
| Level 3 | 1,300 | 39.54 | 39.54 |
| Other | 158 | 4.81 | 4.81 |
| Basement (GBA ☐) | 0 | | |
| Garage (GBA ☐) | 400 | | |
| ☐ | | | |

| Area Measurements | | | | Area Type | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Measurements | | Factor | Total | Level 1 | Level 2 | Level 3 | Other | Bsmt. | Garage |
| 24.00 | x 20.00 | x 1.00 | = 480.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 41.00 | x 17.00 | x 1.00 | = 697.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 6.00 | x 2.00 | x 1.00 | = 12.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 33.00 | x 3.00 | x 1.00 | = 99.00 | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
| 65.00 | x 20.00 | x 1.00 | = 1,300.00 | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
| 35.00 | x 20.00 | x 1.00 | = 700.00 | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 20.00 | x 20.00 | x 1.00 | = 400.00 | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

SUBJECT PHOTO ADDENDUM

| | | | |
|---|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA | |
| Property Address: 17842 MARGATE STREET | | Case No.: | |
| City: ENCINO | State: CA | Zip: 91316-2223 | |



FRONT VIEW OF
SUBJECT PROPERTY

Appraised Date: June 6, 2011
Appraised Value: $ 425,500



REAR VIEW OF
SUBJECT PROPERTY



STREET SCENE

GOLDEN STATE APPRAISALS, INC.

| | | | |
|---|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA | |
| Property Address: 17842 MARGATE STREET | | Case No.: | |
| City: ENCINO | State: CA | | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

KITCHEN



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

LIVING ROOM WITH FIREPLACE



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

BAR

| | | |
|---|---|---|
| Client: LEO STROM | File No.: 0606MSMARGA | |
| Property Address: 17842 MARGATE STREET | Case No.: | |
| City: ENCINO | State: CA | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

DINING AREA



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

MASTER BEDROOM



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

MASTER BATH

GOLDEN STATE APPRAISALS, INC.

| | | | |
|---|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA | |
| Property Address: 17842 MARGATE STREET | | Case No.: | |
| City: ENCINO | State: CA | | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

BEDROOM



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

HALF BATH



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

BEDROOM