| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

FULL BATH



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

3/4 BATH



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

DEN

GOLDEN STATE APPRAISALS, INC.

| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

LAUNDRY



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

INTERIOR GARAGE



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

COMMUNITY POOL

GOLDEN STATE APPRAISALS, INC.

| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

BALCONY



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

BALCONY WITH DAMAGE



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

WATER DAMAGE

GOLDEN STATE APPRAISALS, INC.

| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

WATER DAMAGE



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

CLOSET DOORS REMOVED, STAINED CARPET, LAID OVER TILE



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

CRACKED, DAMAGED, UNEVEN TILE IN KITCHEN

GOLDEN STATE APPRAISALS, INC.

| | | | |
|---|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA | |
| Property Address: 17842 MARGATE STREET | | Case No.: | |
| City: ENCINO | State: CA | | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

WATER DAMAGE



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

WATER DAMAGE / CRACKS
AT WINDOW FRAME



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

CARPET / FLOORING DAMAGE

| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

DAMAGED SHOWER STALL



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

EXPOSED WIRES



SUBJECT PROPERTY
17842 MARGATE STREET-ENCINO

WATER DAMAGE MASTER BATH

COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Client: LEO STROM | File No.: 0606MSMARGA | |
| Property Address: 17842 MARGATE STREET | Case No.: | |
| City: ENCINO | State: CA | Zip: 91316-2223 |




COMPARABLE SALE #1

5255 ZELZAH AVENUE, #206
ENCINO
Sale Date: 12/20/2010
Sale Price: $ 425,000



COMPARABLE SALE #2

5345 WHITE OAK AVENUE, #A
ENCINO
Sale Date: 01/07/2011
Sale Price: $ 485,000



COMPARABLE SALE #3

17150 BURBANK BOULEVARD, #38
ENCINO
Sale Date: 10/04/2010
Sale Price: $ 357,000

COMPARABLE PROPERTY PHOTO ADDENDUM

| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |



COMPARABLE SALE #4

17150 BURBANK BOULEVARD, #33
ENCINO
Sale Date: 10/01/2010
Sale Price: $ 352,000



COMPARABLE SALE #5

17840 MARGATE STREET, #3
ENCINO
Sale Date: ACTIVE
Sale Price: $ 384,900



COMPARABLE SALE #6

17836 MARGATE STREET, #4
ENCINO
Sale Date: ACTIVE
Sale Price: $ 399,950

# FLOORPLAN

| | | |
|---|---|---|
| Client: LEO STROM | | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | | Case No.: |
| City: ENCINO | State: CA | Zip: 91316-2223 |




Sketch by Apex IV Windows™

**AREA CALCULATIONS SUMMARY**

| Code | Description | Size | Totals |
|---|---|---|---|
| GLA1 | First Floor | 700.00 | 700.00 |
| GLA2 | Second Floor | 1288.00 | 1288.00 |
| GLA3 | Third Floor | 1300.00 | 1300.00 |
| P/P | Balcony | 84.00 | |
| | Balcony | 26.00 | |
| | Balcony | 22.00 | |
| | Balcony | 26.00 | 158.00 |
| GAR | Garage | 400.00 | 400.00 |
| | TOTAL LIVABLE (rounded) | | 3288 |

**LIVING AREA BREAKDOWN**

| Breakdown | Subtotals |
|---|---|
| First Floor | |
| 20.0 x 35.0 | 700.00 |
| Second Floor | |
| 20.0 x 24.0 | 480.00 |
| 17.0 x 41.0 | 697.00 |
| 2.0 x 6.0 | 12.00 |
| 3.0 x 33.0 | 99.00 |
| Third Floor | |
| 20.0 x 65.0 | 1300.00 |
| 6 Areas Total (rounded) | 3288 |


PLAT MAP
Client: LEO STROM
Property Address: 17842 MARGATE STREET
City: ENCINO
File No.: 0606MSMARGA
Case No.:
State: CA
Zip: 91316-2223
SUBDIVISION OF AIRSPACE
CONDOMINIUM TRACT NO 6076
1ST FLOOR
2ND FLOOR
3RD FLOOR
ZELZAH AVE
OFFICE OF ASSESSOR
COUNTY OF LOS ANGELES
2162 18
1980

**PLAT MAP**

| | | |
|---|---|---|
| Client: LEO STROM | File No.: 0606MSMARGA | |
| Property Address: 17842 MARGATE STREET | Case No.: | |
| City: ENCINO | State: CA | Zip: 91316-2223 |



PLAT MAP

| Client: LEO STROM | File No.: 0606MSMARGA | |
|---|---|---|
| Property Address: 17842 MARGATE STREET | Case No.: | |
| City: ENCINO | State: CA | Zip: 91316-2223 |



## LOCATION MAP

| | |
|---|---|
| Client: LEO STROM | File No.: 0606MSMARGA |
| Property Address: 17842 MARGATE STREET | Case No.: |
| City: ENCINO State: CA | Zip: 91316-2223 |



Exhibit "D"

# DECLARATION OF LEO STROM

I, LEO STROM, if called as a witness would and could testify to the following facts from my own personal knowledge.

1. I am the DEBTOR in the above-entitled action. I filed this action to protect and save my residence from foreclosure. My property is encumbered with a first deed of trust owed to BANK OF AMERICA. I have a second deed of trust owed to GMAC.

2. I retained the services of Michael Smerdel to do an appraisal of my property. I have no other business or personal relationship with Michael Smerdel or any of his employees. He did an appraisal of my property which is attached hereto as Exhibit "C". The appraisal shows my property has an approximate value of $425,000.

3. I have attached a proof of claim filed by Bank of America which indicates that my mortgage obligation owed on my first trust deed exceeds $478,000. Attached hereto and made a part hereof as Exhibit "A" is a true and accurate copy of the claim.

4. I have attached a proof of claim filed by GMAC from my prior filing which indicates that my mortgage obligation owed on my second trust deed exceeds $100,000. Attached hereto and made a part hereof as Exhibit "B" is a true and accurate copy of the claim.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16TH day of June, 2011 in Calabasas, California.

LEO STROM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23480 Park Sorrento, Suite 109A, Calabasas, CA 91302

A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** *will be served or was served* **(a)** *on the judge in chambers* in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/18/11, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Elizabeth Rojas, Chapter 13 Trustee cacb_ecf_sv@ch13wla.com
U.S.Trustee ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 6/18/11, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Judge Maureen Tighe

☑ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ______________, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/18/11 | Steven A. Wolvek | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**II. <u>SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):</u>**

***(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)***
***(Certified Mail required for service on a national bank.)***

| | | |
|---|---|---|
| ***Name of 1st Lien Holder & Address***<br><br>Bank of America<br>400 National Way, Mail Stop CA6-919-01-23<br>Simi Valley, CA 93065 | Address from:<br>☑ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☑ US Mail<br>☐ Certified mail –<br>Tracking # ______<br>☐ Overnight mail –<br>Tracking # ______<br>Carrier Name: ______ |
| ***Name of 1st Lien Holder- Agent for Service of Process*** | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # ______<br>☐ Overnight mail –<br>Tracking # ______<br>Carrier Name: ______ |
| ***Name of 1st Lien Holder – Servicing Agent***<br>CT Corporation System<br>818 W. 7th Street<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☑ US Mail<br>☐ Certified mail –<br>Tracking # ______<br>☐ Overnight mail –<br>Tracking # ______<br>Carrier Name: ______ |

| | | |
|---|---|---|
| ***Name of 2nd Lien Holder & Address***<br>GMAC Mortgage<br>8400 Normandale LK Blvd, #350<br>MC: 01-01-01<br>Bloomington, MN 55437 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☑ Certified mail – 7010 1870 0000<br>Tracking # 7368 2381<br>☐ Overnight mail –<br>Tracking # ______<br>Carrier Name: ______ |
| ***Name of 2nd Lien Holder- Agent for Service of Process*** | Address from:<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # ______<br>☐ Overnight mail –<br>Tracking # ______<br>Carrier Name: ______ |
| ***Name of 2nd Lien Holder – Servicing Agent***<br>CSC<br>2730 Gateway Oaks Drive #100<br>Sacramento, CA 95833 | Address from:<br>☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☑ US Mail<br>☐ Certified mail –<br>Tracking # ______<br>☐ Overnight mail –<br>Tracking # ______<br>Carrier Name: ______ |

| | | |
|---|---|---|
| *Name of 3rd Lien Holder & Address* | **Address from:**<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | **Delivery Method**<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # ____________<br>☐ Overnight mail –<br>Tracking #____________<br>Carrier Name: ____________<br>____________ |
| *Name of 3rd Lien Holder- Agent for Service of Process* | **Address from:**<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | **Delivery Method**<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # ____________<br>☐ Overnight mail –<br>Tracking #____________<br>Carrier Name: ____________<br>____________ |
| *Name of 3rd Lien Holder – Servicing Agent* | **Address from:**<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | **Delivery Method**<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # ____________<br>☐ Overnight mail –<br>Tracking #____________<br>Carrier Name: ____________<br>____________ |

| | | |
|---|---|---|
| *Alternative/Additional Address*<br>Bank of America, NA<br>101 S Tryon St<br>Charlotte,NC 28202<br>Charles Holliday, Chairman | **Address from:**<br>☐ Proof of claim ☐ Secretary of State<br>☑ FDIC website ☐ Other: *specify* | **Delivery Method**<br>☐ US Mail<br>☑ Certified mail – 7010187000007368<br>Tracking # 2398<br>☐ Overnight mail –<br>Tracking #____________<br>Carrier Name: ____________<br>____________ |
| *Alternative/Additional Address* | **Address from:**<br>☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | **Delivery Method**<br>☐ US Mail<br>☐ Certified mail –<br>Tracking # ____________<br>☐ Overnight mail –<br>Tracking #____________<br>Carrier Name: ____________<br>____________ |