Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Steven A. Wolvek, Esq., SBN 146965
Law Offices of Steven A. Wolvek
23480 Park Sorrento, Suite 109A
Calabasas, CA 91302
818-227-3379 / FAX 818-227-3383

*Attorney for* Leo Strom / Wynne Waugaman

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: LEO STROM<br>WYNNE WAUGAMAN<br><br>*Debtor.* | CHAPTER 13<br><br>CASE NUMBER 1:11-bk-11922-MT |
| | DATE: 7/12/11<br>TIME: 9AM<br>COURTROOM: 302 |

# NOTICE OF MOTION FOR:

ORDER GRANTING DEBTORS MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE

*(Specify name of Motion)*

1. TO: ALL INTERESTED PARTIES

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

**Hearing Date:** 7/12/11 **Time:** 9AM **Courtroom:** 302 **Floor:** 3

- ☐ **255 East Temple Street, Los Angeles**
- ☒ **21041 Burbank Boulevard, Woodland Hills**
- ☐ **3420 Twelfth Street, Riverside**
- ☐ **411 West Fourth Street, Santa Ana**
- ☐ **1415 State Street, Santa Barbara**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 6/18/11

LAW OFFICES OF STEVEN A. WOLVEK
*Law Firm Name*

By: [signature]

Name: STEVEN A. WOLVEK
*Attorney for Movant*