Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Steven A. Wolvek, Esq., SBN 146965
Law Offices of Steven A. Wolvek, A Professional Law Corporation
23480 Park Sorrento, Suite 109-A
Calabasas, California 91302
818-227-3379 / FAX 818-227-3383
wolveklaw@sbcglobal.net

☒ *Attorney for Debtor(s)*
☐ *Debtor(s) appearing without attorney*

FOR COURT USE ONLY

FILED & ENTERED

OCT 05 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

In re:

LEO STROM,
WYNNE WAUGAMAN,

Debtor(s).

CASE NO.: 1:11-bk-11922-MT

CHAPTER: 13

# ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]

DATE: 7/12/11
TIME: 9AM
COURTROOM: 302
PLACE: 21041 Burbank Blvd., Woodland Hills, CA 91364

**NAME OF CREDITOR HOLDING JUNIOR LIEN:** *GMAC MORTGAGE*

1. The Motion was: ☐ Opposed ☒ Unopposed ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):

   *Street Address:* *17842 Margate Street*
   *Unit Number:*
   *City, State, Zip Code:* *Encino, CA 91316*

   Legal description or document recording number (including county of recording):

   ☐ See attached page. TRACT 33299 Condo Unit 1, Map: 561/B2, APN: 2162-018-001

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. *Bank of America* in the amount of $ *478,175.00*.

   b. *GMAC Mortgage* in the amount of $ *100,148.00* ☒ is ☐ is not to be avoided;

   c. *Name of holder of 3rd lien* in the amount of $ *Amount of lien* ☐ is ☐ is not to be avoided;

   ☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED ☐ with ☐ without prejudice, on the following grounds:

      1. ☐ Based upon the findings and conclusions made on the record at the hearing
      2. ☐ Unexcused non-appearance by Movant
      3. ☐ Lack of proper service
      4. ☐ Lack of evidence supporting motion
      5. ☐ Other (specify):

   b. ☒ GRANTED on the following terms:

      i. The Subject Property is valued at no more than $ *425,000.00* based on adequate evidence.

      ii. This avoidance of the respondent's junior lien is effective upon: ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge in this case.

      iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

      iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

      v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

      vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

      vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge.

viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☒ completion of the chapter 13 plan, or ☐ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

ix. ☐ See attached continuation page for additional provisions.

###

DATED: October 5, 2011

Maureen A. Tighe

United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***9/19/11***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elizabeth Rojas, Chapter 13 Trustee cacb_ecf_sv@ch13wla.com
United States Trustee ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

The Honorable Judge Maureen Tighe
Bank of America, 400 National Way, Mail Stop CA6-919-01-23, Simi Valley, CA 93065
C T Corporation System, 818 W. 7th Street, Los Angeles, CA 90017
GMAC Mortgage, 8400 Normandale LK Blvd., #350, MC: 01-01-01, Bloomington, MN 55437
CSC, 2730 Gateway Oaks Drive, #100, Sacramento, CA 95833
Bank of America, NA, 101 S. Tryon St., Charlotte, NC 28202, Attn: Charles Holliday, Chairman

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page